UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
SHANNON POULSON,
                     Plaintiff,

v.

R&B CORPORATION OF VIRGINIA,
                     Defendant.
--------------------------------------------------------------x

**ORDER OF DISMISSAL**

21 CV 2059 (VB)

    The Court conducted a status conference today on the record, at which plaintiff, proceeding pro se and in forma pauperis, appeared by telephone.

    The Court informed plaintiff that it has been advised that the U.S. Marshals Service has—thus far— been unable to effectuate service on R&B Corporation of Virginia ("R&B Corp."), the only remaining defendant named in this action after defendant Experian Information Solutions, Inc. ("Experian"), was terminated by Stipulation and Order of Dismissal on February 18, 2022. (Doc. #27).

    After being informed by the Court on his options on how to proceed, plaintiff stated that he was satisfied with the consideration he received as part of his settlement with Experian, and requested that the remainder of his action be dismissed in its entirety without prejudice. The Court construes plaintiff's request as a request to dismiss the action under Fed. R. Civ. P. 41(a)(2).

    Accordingly, it is hereby ORDERED that plaintiff's request to dismiss the action is GRANTED and this action is dismissed without prejudice.

    The Clerk is instructed to close this case.

    Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: April 4, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge